## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| WIAV NETWORKS, LLC, a Virginia limited liability company, | ) ) ) | |
| Plaintiff | ) ) ) ) | Civil Action No. 5:09-cv-101 |
| v. | ) ) | |
| 3COM CORPORATION, a Delaware company, ACER, INC., a Taiwanese company, ACER AMERICA CORPORATION, a California company, APPLE, INC., a California company, ASUS COMPUTER INTERNATIONAL, a California company, ASUSTEK COMPUTER INC., a Taiwanese company, BELKIN, INC., a Delaware company, BELKIN INTERNATIONAL, INC., a Delaware company, BROTHER INDUSTRIES, LTD., a Japanese company, BROTHER INTERNATIONAL CORPORATION, a Delaware company, BUFFALO TECHNOLOGY (USA), INC., a Delaware company, CANON INC., a Japanese company, CANON U.S.A., INC., a New York company, CISCO SYSTEMS, INC., a California company, DELL INC., a Delaware company, D-LINK CORPORATION, a Taiwanese company, D-LINK SYSTEMS, INC., a California company, EPSON AMERICA, INC., a California company, FRANKLIN WIRELESS CORPORATION, a Nevada company, FUJITSU AMERICA, INC., a California company, FUJITSU LTD., a Japanese company, GATEWAY, INC., a California company, GENERAL DYNAMICS ITRONIX CORPORATION, a Delaware company, HEWLETT PACKARD CO., a Delaware | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |

| | |
|---|---|
| company, HP DEVELOPMENT COMPANY LLC, a Delaware company, HUAWEI AMERICA, INC., a California company, HUAWEI TECHNOLOGIES CO., LTD., a Chinese company, LENOVO GROUP, LTD. a Chinese company, LENOVO (UNITED STATES), INC., a Delaware company, LENOVO HOLDING COMPANY, INC., a Delaware company, LEXMARK INTERNATIONAL, INC., a Delaware company, LINKSYS CORPORATION, a California company, MOTOROLA, INC., a Delaware company, NETGEAR, INC., a Delaware company, NINTENDO COMPANY, LTD, a Japanese company; NINTENDO OF AMERICA, INC., a Washington company; NOKIA CORPORATION, a Finnish company, NOKIA, INC., a Delaware company, NOVATEL WIRELESS INC., a Delaware company, NOVATEL WIRELESS SOLUTIONS, INC., a Delaware company, NOVATEL WIRELESS TECHNOLOGY, INC., a Delaware company, OPTION, INC., a Delaware company, OPTION NV, a Belgian company, OPTION WIRELESS USA, INC., a Delaware company, PALM, INC., a Delaware company, PANASONIC CORPORATION, a Japanese company, PANASONIC CORPORATION OF NORTH AMERICA, a Delaware company, PANASONIC CONSUMER ELECTRONICS COMPANY, a Delaware company, PANASONIC ELECTRONIC DEVICES CORPORATION OF AMERICA, a Delaware company, SEIKO EPSON CORPORATION, a Japanese company, SHARP CORPORATION, a Japanese company, SHARP ELECTRONICS CORPORATION, a New York company, SIERRA WIRELESS, INC., a Canadian company, SIERRA WIRELESS AMERICA, INC., a Delaware company, SONY CORPORATION,  a | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| Japanese company, SONY CORPORATION OF AMERICA, a New York company, SONY ELECTRONICS INC., a Delaware company, SONY ERICSSON MOBILE COMMUNICATIONS AB, a Swedish company, SONY ERICSSON MOBILE COMMUNICATIONS (USA), INC., a Delaware company, TOSHIBA AMERICA, INC., a Delaware company, TOSHIBA AMERICA INFORMATION SYSTEMS, INC., a California company, TOSHIBA CORPORATION, a Japanese company, U.S. EPSON, INC., a California company, UTSTARCOM, INC., a Delaware company, UTSTARCOM PERSONAL COMMUNICATIONS LLC, a Delaware company, XEROX CORPORATION, a New York company, ZTE CORPORATION, a Chinese company, ZTE (USA) INC., a New Jersey company, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE 7.1**

Plaintiff WIAV Networks, LLC ("WIAV") submits this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, for the use of the judges of this Court:

1. WIAV is a limited liability company organized and existing under the laws of the state of Virginia.

2. Dr. Choongsoo Park is the sole member of WIAV.

3. There are no publicly held corporations that own more than 10 percent of WIAV's stock.

Dated: July 7, 2009						Respectfully submitted,


							 /s/ Erica J. Pruetz
							_____
							Adrian M. Pruetz
							Erica J. Pruetz
							PRUETZ LAW GROUP LLP
							200 N. Sepulveda Blvd., Suite 1525
							El Segundo, California 90245
							(T) (310) 765-7650
							(F) (310) 765-7641


							Tae H. Kim
							ECHELON LAW GROUP, PC
							150 Spear Street, Suite 825
							San Francisco, CA 94105
							(T) (415) 830-9462
							(F) (415) 762-4191

							Kevin Mun
							ECHELON LAW GROUP, PC
							1919 Gallows Road, Suite 330
							Vienna, Virginia 22182
							(T) (703) 496-5000
							(F) (703) 579-0105

							*Attorneys for Plaintiff WIAV Networks, LLC*