**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| WIAV NETWORKS, LLC, a Virginia limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> 3COM CORPORATION, et al., <br><br> Defendants. | Civil Action No. 09-cv-00101-DF |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff WIAV Networks, LLC voluntarily dismisses, without prejudice, its claims against Defendant Franklin Wireless Corporation in the above-captioned action.

- 2 -

Dated: August 19, 2009       Respectfully submitted,

               /s/Andrew Choung
              _____
              Tae H. Kim
              Andrew Choung
              ECHELON LAW GROUP, PC
              150 Spear Street, Suite 825
              San Francisco, CA 94105
              (T) (415) 830-9462
              (F) (415) 762-4191

              Adrian M. Pruetz
              Erica J. Pruetz
              PRUETZ LAW GROUP LLP
              200 N. Sepulveda Blvd., Suite 1525
              El Segundo, California 90245
              (T) (310) 765-7650
              (F) (310) 765-7641

              Kevin Mun
              ECHELON LAW GROUP, PC
              1919 Gallows Road, Suite 330
              Vienna, Virginia 22182
              (T) (703) 496-5000
              (F) (703) 579-0105

              *Attorneys for Plaintiff WIAV Networks, LLC*