**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| WIAV NETWORKS, LLC, a Virginia limited liability company,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>3COM CORPORATION, et al.,<br><br>　　　　　Defendants. | Civil Action No. 5:09-cv-00101-DF |

**NOTICE OF VOLUNTARY DISMISSAL AS TO BROTHER INDUSTRIES, LTD.
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff WIAV Networks, LLC voluntarily dismisses, without prejudice, its claims against Defendant Brother Industries, Ltd. in the above-captioned action.

- 2 -

Dated: September 11, 2009    Respectfully submitted,

   /s/Andrew Choung
_____
Tae H. Kim
Andrew Choung
ECHELON LAW GROUP, PC
150 Spear Street, Suite 825
San Francisco, CA 94105
(T) (415) 830-9462
(F) (415) 762-4191

Adrian M. Pruetz
Erica J. Pruetz
PRUETZ LAW GROUP LLP
200 N. Sepulveda Blvd., Suite 1525
El Segundo, California 90245
(T) (310) 765-7650
(F) (310) 765-7641

Kevin Mun
ECHELON LAW GROUP, PC
1919 Gallows Road, Suite 330
Vienna, Virginia 22182
(T) (703) 496-5000
(F) (703) 579-0105

*Attorneys for Plaintiff WIAV Networks, LLC*

- 3 -

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this 11th day of September 2009.

        /s/ Andrew Choung
        Andrew Choung
        Echelon Law Group, PC
        150 Spear Street, Suite 825
        San Francisco, CA 94105
        Telephone: (415) 830-9463
        Facsimile: (415) 762-4191
        E-mail:  andrew.choung@echelaw.com