IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **WIAV NETWORKS, LLC**, a Virginia limited liability company, | § § § | Civil Action No.: 5:09-cv-101 |
| **Plaintiff** | § § § | **UNOPPOSED** |
| v. | § § § § | |
| **3COM CORPORATION**, a Delaware company, et al., | § § § § | |
| **Defendants.** | § § | |

### CANON INC. AND CANON USA, INC.'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendants, Canon Inc. and Canon USA, Inc., without waiving any defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law, file this unopposed motion to extend their time to answer, move, or otherwise respond to Plaintiff WIAV Networks, LLC's ("WIAV") First Amended Complaint to and until December 3, 2009 and would respectfully show the Court as follows:

On August 28, 2009, Canon USA, Inc. filed its first unopposed application requesting an extension of time to answer WIAV's Original Complaint. This application requested an extension until October 15, 2009.

WIAV has agreed to grant an extension of time to answer, move, or otherwise respond to Canon Inc., and to grant a second, additional extension of time to answer to Canon USA, Inc. to and until December 3, 2009 in exchange for counsel of record for

Canon Inc. agreeing to accept service on behalf of Canon Inc. Canon Inc. has agreed not to contest service of process and has agreed to waive service through the Hague Convention. By agreement of the parties, counsel of record for Canon Inc. is authorized to accept and has accepted service on behalf of Canon Inc.

    A proposed Order granting this unopposed motion is attached for the Court's convenience.

DATED: October 13, 2009

                                                Respectfully Submitted,

                                                _____/s/ *Warren S. Heit*_____

                                                Warren S. Heit
                                                WHITE & CASE LLP
                                                3000 El Camino Real
                                                5 Palo Alto Square, 9th Floor
                                                Palo Alto, CA 94022
                                                Tel: 650-213-0300
                                                Fax: 650-213-8158

                                                Andy Tindel
                                                PROVOST UMPHREY LAW FIRM L.L.P.
                                                112 East Line Street, Suite 304
                                                Tyler, TX 75702
                                                Tel: 903-596-0900
                                                Fax: 903-596-0909
                                                atindle@andytindle.com

                                                ***Attorney for Defendant***
                                                CANON INC. and
                                                CANON USA, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 13th day of October, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

_____/s/ Warren S. Heit_____
Warren S. Heit