## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

WIAV NETWORKS, LLC, a Virginia )
limited liability company, )
    )
        Plaintiff, )    Civil Action No. 5:09-cv-00101
    )
    v. )    **ADRIAN M. PRUETZ AND**
    )    **ERICA J. PRUETZ'S**
    )    **UNOPPOSED MOTION TO**
    )    **WITHDRAW AS COUNSEL OF**
    )    **RECORD FOR PLAINTIFF**
    )    **WIAV NETWORKS, LLC**
    )
3COM CORPORATION, a Delaware )
company, ACER, INC., a Taiwanese )
company, ACER AMERICA )
CORPORATION, a California company, )
APPLE, INC., a California company, )
ASUS COMPUTER INTERNATIONAL, )
a California company, ASUSTEK )
COMPUTER INC., a Taiwanese )
company, BELKIN, INC., a Delaware )
company, BELKIN INTERNATIONAL, )
INC., a Delaware company, BROTHER )
INDUSTRIES, LTD., a Japanese )
company, BROTHER INTERNATIONAL )
CORPORATION, a Delaware company, )
BUFFALO TECHNOLOGY (USA), INC., )
a Delaware company, CANON INC., a )
Japanese company, CANON U.S.A., INC., )
a New York company, CISCO )
SYSTEMS, INC., a California company, )
DELL INC., a Delaware company, D- )
LINK CORPORATION, a Taiwanese )
company, D-LINK SYSTEMS, INC., a )
California company, EPSON AMERICA, )
INC., a California company, FUJITSU )
AMERICA, INC., a California company, )
FUJITSU LTD., a Japanese company, )
FUTUREWEI TECHNOLOGIES, INC., a )
Texas company, GATEWAY, INC., a )
California company, GENERAL )

DYNAMICS ITRONIX                              )
CORPORATION, a Delaware company,             )
HEWLETT PACKARD CO., a Delaware              )
company, HUAWEI TECHNOLOGIES                 )
CO., LTD., a Chinese company, LENOVO         )
GROUP LTD., a Chinese company,               )
LENOVO (UNITED STATES) INC., a               )
Delaware company, LENOVO HOLDING             )
COMPANY, INC., a Delaware company,           )
LEXMARK INTERNATIONAL, INC., a               )
Delaware company, MOTOROLA, INC.,            )
a Delaware company, NETGEAR, INC., a         )
Delaware company, NINTENDO                   )
COMPANY, LTD, a Japanese company,            )
NINTENDO OF AMERICA, INC., a                 )
Washington company, NOKIA                    )
CORPORATION, a Finnish company,              )
NOKIA, INC., a Delaware company,             )
NOVATEL WIRELESS INC., a Delaware            )
company, NOVATEL WIRELESS                    )
SOLUTIONS, INC., a Delaware company,         )
NOVATEL WIRELESS TECHNOLOGY,                 )
INC., a Delaware company, OPTION NV,         )
a Belgian company, OPTION WIRELESS           )
USA, INC., a Delaware company, PALM,         )
INC., a Delaware company, PANASONIC          )
CORPORATION, a Japanese company,             )
PANASONIC CORPORATION OF                     )
NORTH AMERICA, a Delaware                     )
company, SEIKO EPSON                         )
CORPORATION, a Japanese company,             )
SHARP CORPORATION, a Japanese                )
company, SHARP ELECTRONICS                   )
CORPORATION, a New York company,             )
SIERRA WIRELESS, INC., a Canadian            )
company, SIERRA WIRELESS                     )
AMERICA, INC., a Delaware company,           )
SONY CORPORATION, a Japanese                 )
company, SONY CORPORATION OF                 )
AMERICA, a New York company, SONY            )
ELECTRONICS INC., a Delaware                 )
company, SONY ERICSSON MOBILE                )
COMMUNICATIONS AB, a Swedish                 )
company, SONY ERICSSON MOBILE                )
COMMUNICATIONS (USA) INC., a                 )

Delaware company, TOSHIBA                )
AMERICA, INC., a Delaware company,       )
TOSHIBA AMERICA INFORMATION              )
SYSTEMS, INC., a California company,      )
TOSHIBA CORPORATION, a Japanese          )
company, UTSTARCOM, INC., a              )
Delaware company, XEROX                   )
CORPORATION, a New York company,         )
ZTE CORPORATION, a Chinese               )
company, ZTE (USA) INC., a New Jersey     )
company,                                  )
                                          )
                                          )
                                          )
_____Defendants._____            )

**ADRIAN M. PRUETZ AND ERICA J. PRUETZ'S UNOPPOSED MOTION TO
WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF WIAV
NETWORKS, LLC**

Adrian M. Pruetz and Erica J. Pruetz of Pruetz Law Group LLP respectfully bring

this unopposed motion for an order withdrawing ourselves and our firm as counsel of

record for Plaintiff WiAV Networks, LLC ("WiAV"). Good cause exists pursuant to

Texas Disciplinary Rules of Professional Conduct Rule 1.1.5(b)(1) and (b)(7) because

WiAV consents to this withdrawal and because such withdrawal can be accomplished

without material adverse effect on the interests of the client, due to the fact that WiAV is

also currently being represented by Andrew Choung, Tae Hyung Kim and Heather Eve

Abelson of Echelon Law Group, P.C. and Daymon Jeffrey Rambin, Elizabeth L DeRieux

and Sidney Calvin Capshaw, III of Capshaw DeRieux, LLP in this matter.

We also request the removal of Adrian M. Pruetz's email address

ampruetz@pruetzlaw.com and Erica J. Pruetz's email address ejpruetz@pruetzlaw.com

from the Court's ECF email service list for this matter. A proposed order is lodged

concurrently herewith

Dated: November 4, 2009                     Respectfully submitted,


                                             /s/ Adrian M. Pruetz
                                            _____
                                            Adrian M. Pruetz
                                            Erica J. Pruetz
                                            PRUETZ LAW GROUP LLP
                                            200 N. Sepulveda Blvd., Suite 1525
                                            El Segundo, California 90245
                                            (T) (310) 765-7650
                                            (F) (310) 765-7641

                                            *Attorneys for Plaintiff WiAV Networks, LLC*


<u>CERTIFICATE OF CONFERENCE</u>

Adrian M. Pruetz and Erica J. Pruetz have notified opposing counsel in writing of their withdrawal from this matter and conferred regarding this decision. Opposing counsel have confirmed that this motion is unopposed.

By: <u>/s/ Adrian M. Pruetz</u>
Adrian M. Pruetz


<u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the foregoing document was served on all parties by electronic filing and service on November 4, 2009.

By: <u>/s/ Adrian M. Pruetz</u>
Adrian M. Pruetz