# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| WIAV NETWORKS, LLC, a Virginia limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>3COM CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 5:09-cv-00101-DF |

## ORDER OF DISMISSAL OF TOSHIBA AMERICA, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., AND TOSHIBA CORPORATION

Having considered the Notice of Dismissal voluntarily submitted by Plaintiff WiAV Networks, LLC on November 6, 2009 in the above-captioned action, Defendants Toshiba America, Inc., Toshiba America Information Systems, Inc., and Toshiba Corporation are hereby dismissed without prejudice.

**SIGNED this 9th day of November, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE