# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| WIAV NETWORKS, LLC, a Virginia limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>3COM CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 5:09-cv-00101-DF |

## NOTICE OF VOLUNTARY DISMISSAL
## OF XEROX CORPORATION

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1) and subject to the terms and conditions of a confidential settlement agreement entered into between the parties, Plaintiff WiAV Networks, LLC ("WiAV") voluntarily dismisses its claims against Defendant Xerox Corporation (collectively, the "Parties") in the above-captioned action with prejudice. All of WiAV's rights as to the remaining Defendants are expressly reserved. The Parties shall bear their own costs and attorneys' fees.

A proposed Order is submitted concurrently herewith.

Respectfully submitted,                                    Date:  November 10, 2009

By: /s/ Andrew Choung

Andrew Choung (Cal. Bar No. 203192)
Tae H. Kim (Cal. Bar No. 214684)
ECHELON LAW GROUP, PC
150 Spear Street, Suite 825
San Francisco, California 94105
(T) (415) 830-9462
(F) (415) 762-4191
Email: andrew.choung@echelaw.com
Email: tae.kim@echelaw.com

S. Calvin Capshaw (Bar. No. 03783900)
Elizabeth L. DeRieux (Bar No. 05770585)
D. Jeffrey Rambin (Bar No. 00791478)
CAPSHAW DeRIEUX, LLP
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, Texas 75601
(T) (903) 236-9800
(F) (903) 236-8787
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshalaw.com
Email: jrambin@capshalaw.com

Kevin Mun (Va. Bar No. 73247)
ECHELON LAW GROUP, PC
1919 Gallows Road, Suite 330
Vienna, Virginia 22182
(T) (703) 496-5000
(F) (703) 579-0105
Email: kevin.mun@echelaw.com

*Attorneys for Plaintiff WiAV Networks, LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the forgoing by email, on this 10th day of November, 2009.

/s/ Andrew Choung

Andrew Choung (Cal. Bar No. 203192)
Tae H. Kim (Cal. Bar No. 214684)
ECHELON LAW GROUP, PC
150 Spear Street, Suite 825
San Francisco, California 94105
(T) (415) 830-9462
(F) (415) 762-4191
Email: andrew.choung@echelaw.com
Email: tae.kim@echelaw.com