**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

WIAV NETWORKS, LLC, a Virginia
limited liability company,

        Plaintiff,

    v.

3COM CORPORATION, et al.,

        Defendants.

Civil Action No. 5:09-cv-00101-DF

**STIPULATION OF DISMISSAL OF
SHARP ELECTRONICS CORPORATION AND SHARP CORPORATION**

IT IS HEREBY STIPULATED by Plaintiff WiAV Networks, LLC ("WiAV") and

Defendants Sharp Electronics Corporation and Sharp Corporation ("Sharp") (collectively, the

"Parties") that pursuant to Federal Rules of Civil Procedure 41(a)(1) and the Parties' ongoing

settlement discussions:

    (1)    All claims that WiAV asserts against Sharp in the above-captioned action are

dismissed without prejudice;

    (2)    All claims or counterclaims that Sharp asserts against WiAV in the above-

captioned action are dismissed without prejudice; and

    (3)    The Parties shall bear their own costs and attorneys' fees.

    A proposed Order is submitted concurrently herewith.

Date:  November 12, 2009

Respectfully submitted,

By:
/s/ Andrew Choung

S. Calvin Capshaw (Bar. No. 03783900)
Elizabeth L. DeRieux (Bar No. 05770585)
D. Jeffrey Rambin (Bar No. 00791478)
CAPSHAW DeRIEUX, LLP
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, Texas 75601
(T) (903) 236-9800
(F) (903) 236-8787
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshalaw.com
Email: jrambin@capshalaw.com

Andrew Choung (Cal. Bar No. 203192)
Tae H. Kim (Cal. Bar No. 214684)
ECHELON LAW GROUP, PC
150 Spear Street, Suite 825
San Francisco, California 94105
(T) (415) 830-9462
(F) (415) 762-4191
Email: andrew.choung@echelaw.com
Email: tae.kim@echelaw.com

Kevin Mun (Va. Bar No. 73247)
ECHELON LAW GROUP, PC
1919 Gallows Road, Suite 330
Vienna, Virginia 22182
(T) (703) 496-5000
(F) (703) 579-0105
Email: kevin.mun@echelaw.com

*Attorneys for Plaintiff WiAV Networks, LLC*

Date: November 12, 2009

Respectfully submitted,

By:
/s/Chris Broderick by permission Andrew Choung

Richard de Bodo (Bar No. 128199)
Chris Broderick (Bar No. 180254)
Takashi Hasimoto (Bar No.211828)
HOGAN & HARTSON
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(T) (310) 785-4600
(F) (310) 785-4601
Email: rdebodo@hhlaw.com
Email: cpbroderick@hhlaw.com
Email: thashimoto@hhlaw.com

J. Thad Heartfield (Bar No. 09346800)
M. Dru Montgomery (Bar No. 24010800)
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
(T) (409) 866-3318
(F) (409) 866-5789
Email: thad@jth-law.com
Email: dru@jth-law.com

*Attorneys for Defendants Sharp Electronics Corporation & Sharp Corporation*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the forgoing by email, on this 12th day of November, 2009.

/s/ Andrew Choung
Andrew Choung (Cal. Bar No. 203192)
Tae H. Kim (Cal. Bar No. 214684)
ECHELON LAW GROUP, PC
150 Spear Street, Suite 825
San Francisco, California 94105
(T) (415) 830-9462
(F) (415) 762-4191
Email: andrew.choung@echelaw.com
Email: tae.kim@echelaw.com