# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| WIAV NETWORKS, LLC, a Virginia limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>3COM CORPORATION, et al.,<br><br>　　　　　Defendants. | Civil Action No. 5:09-cv-00101-DF |

## ORDER APPOINTING INTERNATIONAL PROCESS SERVER

For good cause shown, the Court hereby appoints Legal Language Services, 8014 State Line Road, Suite 110, Leawood, Kansas 66208, and its agents, as International Process Server for the purpose of serving any and all documents in this case upon any and all Defendants whose principal places of business are located outside of the United States.

**SIGNED this 13th day of November, 2009.**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DAVID FOLSOM
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE