# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| WIAV NETWORKS, LLC, a Virginia limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>3COM CORPORATION, a Delaware company, et al.,<br><br>　　　　　Defendants. | Civil Action No. 5:09-cv-00101-DF<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO D-LINK CORPORATION'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

　　　Came on for consideration the Agreed Motion for Extension of Time to Respond to D-Link Corporation's Motion to Dismiss for Lack of Personal Jurisdiction filed by Plaintiff Wiav Networks, LLC, and the Court is of the opinion that the Motion should be GRANTED.

　　　IT IS, THEREFORE, ORDERED that the Agreed Motion for Extension of Time to Respond to D-Link Corporation's Motion to Dismiss for Lack of Personal Jurisdiction is GRANTED and the deadline for Plaintiff Wiav Networks, LLC to respond to D-Link Corporation's Motion to Dismiss for Lack of Personal Jurisdiction is extended up to and including September 1, 2010.

　　　**SIGNED this 28th day of July, 2010.**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　DAVID FOLSOM
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE